1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  EDWARD R. FLUET (CABN 247203)
   Special Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95115
        Telephone: (408) 535-5037
7       FAX: (408) 535-5066
8       E-mail: edward.fluet@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,           )  NO. CR 13-00064 DLJ
                                         )
15 |     Plaintiff,                      )  NOTICE OF DISMISSAL
                                         )
16 |   v.                                )
                                         )
17 | JOSE RAMIREZ-CALDERON,               )
                                         )
18 |     Defendant.                      )
                                         )
19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above Indictment without prejudice

22 and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case.

23

24 DATED: September 10, 2013                           Respectfully submitted,

25
                                                      MELINDA HAAG
26                                                    United States Attorney

27
                                                       /s/
28                                                    J. DOUGLAS WILSON
                                                      Chief, Criminal Division

NOTICE OF DISMISSAL (CR 13-00064 DLJ)

1   Leave is granted to the government to dismiss the Indictment.  It is further ordered that the
2   arrest warrant issued in connection with the Indictment is quashed.

3

4

5   Date: _____

_____
D. Lowell Jensen
6   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 13-00064 DLJ)